# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN ANGELO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:15-cv-469-NT |
| | ) |
| CAMPUS CREST AT ORONO, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On February 1, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on the Defendant's Motion to Dismiss for Failure to State a Claim. The Defendant filed an objection to the Recommended Decision on February 11, 2016 and filed a separate motion requesting oral argument.  The Plaintiff filed his Response to the Defendant's objection to the Recommended Decision on March 11, 2016. The Defendant filed a Reply on March 23, 2016. The Plaintiff filed a Motion to Strike the Reply on March 29, 2016. The Defendant moved for leave to file its Reply on March 29, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and **ADOPTED**.  The Defendant's Motion to Dismiss is **DENIED** (ECF No. 6). The Defendant's Motion for Oral Argument is **DENIED** (ECF No. 19). The Defendant's Motion for Leave to File a Reply is **GRANTED** (ECF No. 25). The Plaintiff's Motion to Strike the Reply is **DENIED** (ECF No. 24).

**SO ORDERED.**

/s/ Nancy Torresen_____
United States Chief District Judge

Dated this 10th day of May, 2016.